JOHN GLADYSZ ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF PLAINVILLE ET AL.

MCDONALD, C. J., and KATZ and SULLIVAN, Js.,
did not participate in the consideration or decision of
this petition.

The Supreme Court docket number is SC 16346.

*Hugh I. Manke,* in support of the petition.

*Lawrence J. Golden,* in opposition.

Decided July 13, 2000

BRENDEN P. LEYDON *v.* TOWN OF
GREENWICH ET AL.

The Supreme Court docket number is SC 16356.